IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ORVAL CLAY BOSS,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBBIE SYLVESTER et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:17-CV-1148-DAK<br><br>District Judge Dale A. Kimball |

        In an Order dated November 16, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $2.12 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. To date, Plaintiff has done neither. Indeed, the Court's order was returned to sender, marked, "Discharged." And Plaintiff has not met the responsibility to update his address with the Court.

        IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

        DATED this 23rd day of January, 2018.

                                  BY THE COURT:

                                  JUDGE DALE A. KIMBALL
                                  United States District Court